UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY BLACK,

        Petitioner,

v.

KVSP,

        Respondent.

Case No. 21-03386 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this case is dismissed without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _December 16, 021___

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\03386Black_judgment